UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

MICHELE NASH,                          )
                                       )
          Plaintiff,                   )
                                       )
v.                                     )          Case No. 4:11CV2191 HEA
                                       )
CAROLYN W. COLVIN,                     )
Acting Commissioner of Social Security,)
                                       )
          Defendant,                   )

## MEMORANDUM AND ORDER

This matter is before the Court on former Commissioner Michael Astrue's

Motion to Reverse and Remand. No opposition to the motion has been filed. For

the reasons set forth in the motion, the Court agrees that the decision of the

Administrative Law Judge should be reversed and remanded.

Accordingly,

**IT IS HEREBY ORDERED** that pursuant to sentence four of 42 U.S.C. §

405(g), the decision of the Commissioner is reversed.

**IT IS FURTHER ORDERED** that this matter is remanded to the

Commissioner for further proceedings

**IT IS FURTHER ORDERED** that the Appeals Council shall instruct the

ALJ to provide Plaintiff with the opportunity for a new hearing. The ALJ should

also develop the case and evaluate new evidence received after the hearing decision, and should evaluate the severity of Plaintiff's Mental and physical impairments.

A separate judgment in accordance with this Opinion, Memorandum and Order is entered this same date.

Dated this 28th day of February, 2013.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE